IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEZHAN MIKELADZE,<br>            Plaintiff,<br><br>v.<br><br>RAYMOURS FURNITURE COMPANY, INC., doing business as "RAYMOUR & FLANIGAN,"<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO.  20-2224 |

# O R D E R

**AND NOW**, this 8th day of December, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint and for Attorneys' Fees and Costs or, Alternatively, to Compel Arbitration and for Attorneys' Fees and Costs (Document No. 7, filed June 8, 2020), Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss and for Attorneys' Fees and Costs or, Alternatively, to Compel Arbitration and for Attorneys' Fees and Costs (Document No. 8, filed June 22, 2020), and Defendant's Reply in Further Support of Its Motion to Dismiss Plaintiff's Amended Complaint and for Attorneys' Fees and Costs or, Alternatively, to Compel Arbitration and for Attorneys' Fees and Costs (Document No. 11, filed June 29, 2020), for the reasons stated in the accompanying Memorandum dated December 8, 2020, **IT IS ORDERED** that defendant's Motion to Dismiss Plaintiff's Amended Complaint and for Attorneys' Fees and Costs or, Alternatively, to Compel Arbitration and for Attorneys' Fees and Costs is **DENIED.**

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____
DuBOIS, JAN E., J.